DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137


ASIM H. MODI
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Telephone: (415) 977-8952
  Facsimile: (415) 744-0134
  E-Mail: Asim.Modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEE BELLINGER, | Case No. 2:14-cv-1718-RFB-NJK |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (***FIRST REQUEST***) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm and Response to Plaintiff's Motion for Reversal, due on **June 15, 2015**, by **30 days**, through and including **July 15, 2015**.

An extension of time is needed because counsel for Defendant is currently responsible for numerous district court cases at various stages of litigation.  Counsel for Defendant is also currently responsible for conducting discovery and preparing substantive motions in personnel-related litigation matters pending before the Equal Employment Opportunity Commission and the Merit Systems Protection Board.

-1-

1    Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this
2 motion, on June 11, 2015.
3    Respectfully submitted this 11th day of June 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Asim H. Modi*
ASIM H. MODI
Special Assistant United States Attorney

OF COUNSEL:

DONNA L. CALVERT
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

DATED: June 12, 2015

-2-