UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEE BELLINGER,<br><br>                    Plaintiff,<br><br>         v.<br><br>CAROLYN W. COLVIN,<br><br>                    Defendant. | Case No. 2:14-cv-01718-RFB-NJK<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION** |

    Before the Court for consideration is the Report and Recommendation (ECF No. 19) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered January 22, 2016.

    A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985).  Pursuant to Local Rule IB 3-2(a), objections were due by February 8, 2016.  No objections have been filed.   The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

. . .

. . .

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 19) is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff Lee Bellinger's Motion to Reverse or Remand (ECF No. 13) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Cross-Motion to Affirm (ECF No. 16) is **GRANTED**. The Clerk of Court shall enter judgment accordingly and close the case.

DATED: March 15, 2016.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**